FILED
At 1:00 O'Clock___M

AUG 2 1 2013
LYNN STILLWELL
PHILLIPS COUNTY CIRCUIT CLERK
By_____D.C.

IN THE CIRCUIT COURT OF PHILLIPS COUNTY, ARKANSAS
CIVIL DIVISION

T. L. GREEN AND BEATRICE GREEN                                    PLAINTIFFS

VS.                          NO. 54-CV-2013-198

IOC-LULA, INC. d/b/a ISLE OF CAPRI CASINO
HOTEL LULA AND SOUTHEAST COMMERCIAL
CLEANING, LLC                                                    DEFENDANTS

## COMPLAINT

Come the Plaintiffs, T. L. Green and Beatrice Green (hereinafter referred to collectively

as either "Green" or "Plaintiffs"), by their attorney, Louis Etoch of the Etoch Law Firm, and for

their Complaint against the Defendant, IOC-Lula, Inc., (hereinafter referred to as either "IOC" or

"Defendant") and Southeast Commercial Cleaning, LLC (hereinafter referred to as either "SEC"

or "Defendant"), state:

### I. STATEMENT OF JURISDICTION

1.  Plaintiffs are citizens and residents of Phillips County, Arkansas.

2.  IOC is a corporation and may be served with process through its registered agent, CT

Corporation System, 645 Lakeland East Dr., Ste. 101, Flowood, MS 39232.   IOC is a foreign

corporation that is authorized to conduct business in the State of Mississippi and does conduct

business in the State of Mississippi.   IOC has its principle offices in St. Louis, Missouri.

Additionally, at all times mentioned herein, the Defendant, IOC, was operating as a casino and

gambling hall located in Lula, Coahoma County, Mississippi. IOC operated for the use of the

1

EXHIBIT
A

general public. IOC's casino and gambling hall is on the bank of the Mississippi River between the border of Mississippi and Arkansas. IOC solicits and invites Arkansas residents to its establishment in a systematic and complex way through advertising and solicitation. IOC also owns property and conducts business in Arkansas.

3. SEC is a foreign limited liability company authorized to do business in the State of Mississippi and which does conduct business in the State of Mississippi. Its principle place of business is 4613 University Dr., Ste. 238, Coral Springs, FL 33067. It and can be served through Eric Sauerberg, Registered Agent, 200 Village Square Crossing, Ste. 102, Palm Beach Gardens, FL 33410. SEC has a contractual agreement for cleaning and labor services with IOC to provide clean, safe restrooms at IOC.

4. Jurisdiction and venue are proper in this Court pursuant to Ark. Code Ann. §16-60-108 and §16-60-112.

5. On or about the 15th day of April, 2013, Plaintiff was a customer and patron at IOC. On said date at around 1:15 pm while in the restroom at IOC, Mr. Green slipped and fell violently in a large puddle of fluid and urine that had been left in the floor of the restroom and allowed to remain there for an extended period of time. It was obvious after Mr. Green fell that the fluid had been stepped in and walked through multiple times before Mr. Green fell. Also, there was so much fluid on the restroom floor when Mr. Green fell that the restroom had to be closed so it could be cleaned. Both Mr. and Mrs. Green and 4 security guards all saw the large amount of fluid and the condition of the fluid on the IOC restroom floor immediately after Mr. Green fell.

6. IOC and SEC, who contracted with IOC, to provide clean and safe restrooms,

carelessly and negligently allowed the large amount of fluid to puddle and remain in said restroom on the floor, causing an extremely hazardous and dangerous condition.  Defendants knew or should have known that the fluid on the floor posed a danger to Plaintiff.

7.  The large amount of fluid left on the floor in the restroom by Defendants caused Plaintiff to slip and fall violently and forcefully to the hard surface floor.

8.  Defendants carelessly and negligently maintained a dangerous and unsafe condition which exposed patrons/customers/business invitees of its establishment to undue harm and dangers.  Mr. Green, at the time of his fall, was a patron/customer/business invitee at IOC's casino and gambling hall.

9.  Defendants operated its establishment in such a negligent manner that as a proximate result, Plaintiff sustained severe and permanent injuries to his back, arm, leg and foot, as well as a shock to his entire nervous system, causing him to experience excruciating mental and physical pain and suffering.  Mr. Green was taken by ambulance to the HRMC and later transported to St. Vincent's hospital in Little Rock for treatment of his injuries.

10.  As a proximate result of said injuries, Plaintiff was compelled to and did incur expenses for medical care, hospitalization and other expenses.  Attached hereto, incorporated herein by reference and marked Exhibit "A" is a list of the itemized medical and special expenses incurred by Plaintiff as of this date, totaling $33,407.17.  As a further result of said injuries, Plaintiff has undergone excruciating pain and suffering in the past and will continue to undergo such pain and suffering in the future.

11.  As a result of the above-described injuries to T. L. Green, the separate Plaintiff, Beatrice Green, has sustained a loss of consortium which entitles her to damages, the exact

amount to be determined at trial.

12. Plaintiff requests a trial by jury.

WHEREFORE, PREMISES CONSIDERED the Plaintiffs, T. L. Green and Beatrice Green, pray for judgment against the Defendants, IOC and SEC, for the following:

(a) $33,407.17for the medical and special expenses incurred to this date by Plaintiff with 6% interest until the time of trial;

(b)  For an amount undetermined at this time, but to be determined at trial, said amount being in excess of minimum amount required for diversity of jurisdiction in Federal District Court, for T. L. Green's injuries to his neck, back, ribs, head, legs and arms, and to his entire nervous system; said amount including his excruciating pain and suffering and mental anguish experienced in the past and that which he will undergo in the future; and for his continuing medical expenses, which will be incurred in the future;

(c) For an amount undetermined at this time, but to be determined at trial, said amount being in excess of $10,000 to compensate Beatrice Green for her loss of consortium;

(d)  Their costs, a reasonable attorneys' fee, and all proper relief this Court may find Plaintiff entitled in these premises.

Respectfully Submitted,

LOUIS A. ETOCH, P.A.

By: _____
Louis A. Etoch (89030)
Attorney at Law
P.O. Box 100 - 727 Cherry St.
Helena, AR 72342
(870) 572-3351

4

Exhibit "A"

## MEDICALS & SPECIALS

### T.L. GREEN

### DATE OF ACCIDENT:  4-15-13

| | |
|---|---|
| Pafford Ambulance, 4-15-13 | $   750.40 |
| Helena Reg. Med. Ctr., 4-15-13 | 3,830.31 |
| Helena Emerg. Phys., 4-15-13 | 580.00 |
| Helena Imaging, 4-15-13 | 53.00 |
| Helena Reg. Med. Ctr., 4-16-13 | 4,251.02 |
| Helena Emerg. Phys., 4-16-13 | 820.00 |
| St. Vincent's Health Sys., 4-16-13—4-22-13 | <u>23,122.44</u> |
| | |
| Total as of 7-22-13 | $33,407.17 |