IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

T. L. GREEN and BEATRICE GREEN,                                                          PLAINTIFFS

v.                                                  2:13CV00112-BRW

IOC-LULA INC. and SOUTHEAST
COMMERCIAL CLEANING LLC,                                                                 DEFENDANTS

## ORDER SETTING SETTLEMENT CONFERENCE

Judge Billy Roy Wilson has referred this case to the undersigned magistrate judge for a settlement conference.

1. By **12:00 p.m. on March 12, 2014,** Plaintiffs' counsel shall submit a written demand containing <u>itemized damages</u> to defense counsel. Damages must be viable claims under the law.

2. By **12:00 p.m. on March 26, 2014**, defense counsel shall submit a written offer to Plaintiffs' counsel <u>explaining why</u> such a settlement is appropriate.

3. If settlement is not reached on your own, Plaintiffs' counsel shall fax (501-604-5378) or email (Anita_Lee@ared.uscourts.gov and Joe_Volpe@ared.uscourts.gov) the demand and offer to Judge Volpe by **12:00 p.m. on April 9, 2014**. Do not file on the court docket.

4. <u>Parties with settlement authority are expected to attend</u>.

5. The settlement conference is scheduled for **Wednesday, April 16, 2014, at 9:00 a.m.** in Courtroom 2C of the Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas.

IT IS SO ORDERED this <u>27th</u> day of February, 2014.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE